# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-2035      **Short Title:** Municipality of San Juan v. Exxon Mobil Corp., et al

**Type of Action**

- [x] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from __04/09/2025, 05/07/2025, & 10/08/2025__
   2. Date this notice of appeal filed __10/23/2025__
      If cross appeal, date first notice of appeal filed __N/A__
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) __N/A__
   4. Date of entry of order deciding above post-judgment motion __N/A__
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) __N/A__
      Time extended to __N/A__

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [x] Yes    [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes    [ ] No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes    [ ] No
         If yes, explain_____

C. Has this case previously been appealed? [ ] Yes    [x] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?    Yes [x]    No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

   Municipality of Bayamon et al v. Exxon Mobil Corporation et al, 3:22-cv-01550-SCC-HRV

E.  Were there any in-court proceedings below? ☑ Yes ☐ No
    If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
    If yes, is transcript already on file with district court? ☐ Yes ☑ No

F.  List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1. Adverse party Exxon Mobil Corp.
       Attorney Christina G. Sarchio
       Address 1900 K Street, NW, Washington, DC 20006-1110
       Telephone 202-261-3465

    2. Adverse party Shell PLC
       Attorney Carlos A. Valldejuly-Sastre
       Address 250 Munoz Rivera Ave, Suite 800, San Juan, PR 00918
       Telephone 787-282-5725

    3. Adverse party Chevron Corp.
       Attorney Eduardo A. Zayas-Marxuach
       Address P.O. Box 364225, San Juan, PR 00936-4225
       Telephone 787-250-5813

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1. Appellant's name Municipality of San Juan
       Address c/o LAW OFFICES DAVID EFRON, PC, PO Box 29314 San Juan, PR 00929-0314
       Telephone c/o (787) 753-6455

       Attorney's name David Efron
       Firm LAW OFFICES DAVID EFRON, PC
       Address PO Box 29314 San Juan, PR 00929-0314
       Telephone (787) 753-6455

    2. Appellant's name
       Address
       Telephone

       Attorney's name
       Firm
       Address
       Telephone

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  s/David Efron
Date  11/06/2025

Print   Reset

**ATTACHMENT TO DOCKETING STATEMENT**
**[USCA CASE NO. 25-2035]**

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party.

4. Adverse party BP PLC
   Attorney Eric Perez-Ochoa
   Address PO Box 70294 San Juan, PR 00936-8294
   Telephone 787-756-9000

5. Adverse party ConocoPhillips Company
   Attorney Heriberto J. Burgos-Perez
   Address PO Box 364924, San Juan, PR 00936-4924
   Telephone 787-756-1400

6. Adverse party Motiva Enterprises, LLC
   Attorney Kenneth C. Suria-Rivera
   Address PO Box 9023596, San Juan, PR 00902-3596
   Telephone 787-977-5050

7. Adverse party Occidental Petroleum
   Attorney David C. Indiano-Vicic
   Address 207 Del Parque Street, Third Floor, San Juan, PR 00912
   Telephone 787-641-4545

8. Adverse party BHP Group Limited
   Attorney Boaz S. Morag
   Address One Liberty Plaza, New York, NY 10006
   Telephone 212-225-2894

9. Adverse party Rio Tinto PLC
   Attorney David Livshiz
   Address 3 World Trade Center, 175 Greenwich Street, 51st Floor, NY, NY 10007
   Telephone 212-284-4979

# CERTIFICATE OF SERVICE
# FOR ELECTRONIC FILING

I hereby certify that on November 6, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record, if any, are registered as ECF Filers and that they will be served by the CM/ECF system: Exxon Mobil Corp., Shell PLC, Chevron Corp., BP PLC, ConocoPhillips Company, Motiva Enterprises, LLC, Occidental Petroleum, BHP Group Limited, and Rio Tinto PLC.

                                                                                                       s/David Efron