# United States Court of Appeals
## For the First Circuit

No. 25-2035

MUNICIPALITY OF SAN JUAN,

Plaintiff - Appellant,

v.

EXXON MOBIL CORP.; SHELL PLC, f/k/a Royal Dutch Shell PLC; CHEVRON CORP.; BP PLC; CONOCOPHILLIPS COMPANY; MOTIVA ENTERPRISES LLC; OCCIDENTAL PETROLEUM, f/k/a Anadarko Petroleum Corp.; BHP GROUP LIMITED; RIO TINTO PLC; XYZ CORPORATIONS 1-100; JOHN AND JANE DOES 1-100,

Defendants - Appellees,

ARCH RESOURCES INC., f/k/a Arch Coal, Inc.; PEABODY ENERGY CORPORATION,

Defendants.

### NOTICE

Issued: November 19, 2025

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After December 3, 2025, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Caitlin E. Grusauskas
Alexander Costin
Mariana L. Garcia-Velazquez
Sharlene M. Malave-Vallines

Hallie B. Levin
Ericka Aiken
Robert Kingsley Smith
Erica Harris
Mary H. Kim
Matthew T. Martens
Christina G. Sarchio

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Jennifer - (617) 748-9885

cc:
Ericka Aiken, Theodore Joseph Boutrous Jr., Heriberto J. Burgos-Perez, Roberto A. Camara-Fuertes, Ricardo F. Casellas-Sanchez, Yahonnes Cleary, Josh A. Cohen, Jose Javier Colon-Garcia, Alexander Costin, Joshua D. Dick, David Efron, Mariana L. Garcia-Velazquez, Caitlin E. Grusauskas, Erica Harris, Victor L. Hou, Jonathan W. Hughes, Thomas G. Hungar, David C. Indiano-Vicic, Bryan M. Killian, Mary H. Kim, Jennifer E. King, Hallie B. Levin, David Y. Livshiz, Jennifer Loeb, John D. Lombardo, Sharlene M. Malave-Vallines, Neal S. Manne, William Thomas Marks, Matthew T. Martens, Maria Elena Martinez-Casado, Duke K. McCall III, Nestor M. Mendez-Gomez, Maura Kathleen Monaghan, Boaz S. Morag, Sean Morris, Luis A. Oliver-Fraticelli, Myrgia M. Palacios-Cabrera, Eric Perez-Ochoa, Joanne J. Pimentel-De Jesus, Roberto C. Quinones-Rivera, Monica Del Pilar Ramos-Benitez, Diana E. Reiter, Tracie Jo Renfroe, Carlos A. Rodriguez-Vidal, Christina G. Sarchio, William David Sarratt, Robert Kingsley Smith, Kenneth C. Suria-Rivera, Oliver Peter Thoma, William Edward Thomson, Daniel J. Toal, Jaime A. Torrens-Davila, Maria Dolores Trelles-Hernandez, Carlos A. Valldejuly-Sastre, Theodore V. Wells Jr., Jeffrey Michael Williams, Noelle L. Williams, Eduardo Antonio Zayas-Marxuach